District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.*
TJ Gallo,

                    Plaintiff,

          v.

RPM Mortgage, Inc.,

                    Defendant.

CASE NO.  C14-1109-TSZ

**FILED UNDER SEAL**

**ORDER**

The United States has filed an *Ex Parte* Application for an Order Partially Lifting the

Seal in this case so that the United States may, at its discretion, disclose the existence of this

*qui tam* action to the defendant and provide defendant a copy of the Complaint.  The Court is

satisfied that a partial lifting of the seal is not inconsistent with the seal provisions of the

False Claims Act and may expedite the government's investigation and resolution of this

matter.

ORDER - 1
(CASE NO. C14-1109-TSZ)
UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    THEREFORE, IT IS HEREBY ORDERED that the United States' Application for an

2
3    Order Partially Lifting the Seal, docket no. 10, is GRANTED in order that the government,

4    in its discretion, may disclose the existence of this *qui tam* action and provide a copy of the

5    Complaint to the defendant.  The Clerk shall otherwise maintain the Complaint and other

6
7    filings under seal for the duration of the government's investigation or until otherwise

8    ordered by the Court.

9    DATED this 10th day of December, 2015.

10

11

12

13                                            Thomas S. Zilly
                                              United States District Judge
14

15

16   Presented by:

17    *s/Kayla  Stahman*
18   KAYLA C. STAHMAN, CABA # 228931
     Assistant United States Attorney
19   United States Attorney's Office
20   Western District of Washington
     700 Stewart St., Suite 5220
21   Seattle, WA  98101-1271
22   Phone:  206-553-7970
     Fax:  206-553-4073
23   E-mail:  kayla.stahman@usdoj.gov

24

25

26

27

28

ORDER - 2                                    UNITED STATES ATTORNEY
(CASE NO. C14-1109-TSZ)                       700 STEWART STREET, SUITE 5220
UNDER SEAL                                    SEATTLE, WASHINGTON 98101
                                              (206) 553-7970