UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TJ GALLO<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RPM MORTGAGE, INC.,<br><br>　　　　　　Defendant. | C14-1109 TSZ<br><br>MINUTE ORDER<br><br>**FILED UNDER SEAL** |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The Government's fourth ex parte motion for extension of time, docket no. 12, is GRANTED. The United States shall have until October 21, 2016, to notify the Court of its decision whether or not to intervene in this *qui tam* action.

　　　(2)　The Clerk is DIRECTED to maintain the complaint and other filings in this case under seal and to send a copy of this Minute Order to Assistant United States Attorney Kayla Stahman.

　　　Dated this 22nd day of April, 2016.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1