District Judge Thomas S. Zilly

FILED                ENTERED
LODGED               RECEIVED

JAN 17 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TJ Gallo, | |
| Plaintiff, | CASE NO.  C14-1109-TSZ |
| v. | **FILED UNDER SEAL** |
| RPM Mortgage, Inc., | Noted for Consideration: January 17, 2017 |
| Defendant. | |

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, as amended, 31 U.S.C. § 3730(b)(4)(B), the United States of America hereby notifies the Court of its decision not to intervene in this action at this time.

Although the United States declines to intervene, the government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows Relator to maintain the action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Notwithstanding this statutory language, the Ninth Circuit has concluded that the United States has the right only to a hearing when it objects to a settlement or

UNITED STATES' NOTICE OF ELECTION
TO DECLINE INTERVENTION - 1
C14-1109-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   dismissal of the action. *See United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959

2   (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25

3   (9th Cir. 1994).  Accordingly, the United States requests that should either Relator or

4   Defendant propose that this action be dismissed, settled, or otherwise discontinued, this

5   Court provide the United States with notice and an opportunity to be heard before ruling or

6   granting its approval.

7          Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all

8   pleadings filed in this action be served upon the United States and that orders issued by the

9   Court be sent to the government's counsel. The United States reserves its right to order any

10  deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek

11  dismissal of Relator's action or claim under 31 U.S.C. § 3730(e)(4).  The United States also

12  requests that it be served with all Notices of Appeal.

13         A proposed Order accompanies this notice.

14

15         Dated this 17th day of January, 2017.

16                                    Respectfully submitted,

17

18                                    ANNETTE L HAYES
                                      United States Attorney
19

20                                    *s/ Kayla Stahman*
                                      KAYLA C. STAHMAN, CABA NO. 228931
21                                    Assistant United States Attorney
                                      United States Attorney's Office
22                                    700 Stewart Street, Suite 5220
                                      Seattle, Washington  98101-1271
23                                    Phone:  206-553-7970
                                      Fax:  206-553-4073
24                                    E-mail:  kayla.stahman@udsdoj.gov
25

26

27

28

UNITED STATES' NOTICE OF ELECTION                    UNITED STATES ATTORNEY
TO DECLINE INTERVENTION - 2                        WESTERN DISTRICT OF WASHINGTON
C14-1109-TSZ                                          700 STEWART STREET, SUITE 5220
FILED UNDER SEAL                                       SEATTLE, WASHINGTON 98101
                                                            (206) 553-7970

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

That on the below date he filed the foregoing document with the Clerk of the Court and mailed a copy of the document to counsel for Relator, via United States Postal Service, addressed as follows:

Robert S Mahler
Foster Pepper, PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
mahler@foster.com

Dated this 17th day of December, 2017.

*s/ Thomas Everett*
THOMAS EVERETT, Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4067
E-mail:  thomas.everett@usdoj.gov

UNITED STATES' NOTICE OF ELECTION
TO DECLINE INTERVENTION - 3
C14-1109-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970