District Judge Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TJ Gallo,<br><br>Plaintiff,<br><br>v.<br><br>RPM Mortgage, Inc.,<br><br>Defendant. | CASE NO. C14-1109-TSZ |

## ORDER

The United States having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. The Complaint, this Order, the United States' Notice of Declination, and all other papers on file in this action shall be unsealed;

2. Relator shall serve a copy of the Complaint, this Order, and the United States' Notice of Declination on Defendant;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

ORDER - 1
C14-1109-TSZ

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. The parties shall serve all Notices of Appeal upon the United States;

5. All orders of this Court shall be sent to the United States; and

6. Should Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 19th day of January, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

 s/ Kayla Stahman 
KAYLA C. STAHMAN, CABA NO. 228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  kayla.stahman@udsdoj.gov

ORDER - 2
C14-1109-TSZ

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970