# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA
*ex rel.* TJ GALLO,

   Plaintiff,

v.

RPM MORTGAGE, INC.,

   Defendant.

C14-1109 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Having reviewed relator's response, docket no. 24, to the Minute Order dated July 21, 2017, docket no. 21, directing the parties to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on February 14, 2017, docket no. 20, as amended on April 4, 2017, and June 13, 2017, as well as the response, docket no. 26, submitted by LendUSA, LLC, the successor by merger to RPM Mortgage, Inc., the Court SETS the following deadlines:

| | |
|---|---|
| Deadline for plaintiff to electronically file and serve an amended complaint | October 20, 2017 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | November 22, 2017 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | December 8, 2017 |
| Combined Joint Status Report and Discovery Plan | December 8, 2017 |

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of August, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk