# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA *ex rel.* TJ GALLO,

    Plaintiff,

v.

RPM MORTGAGE, INC.,

    Defendant.

C14-1109 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On October 17, 2017, relator TJ Gallo filed a Notice of Voluntary Dismissal, docket no. 35, and the Clerk closed this case without direction from the Court. Relator's Notice of Voluntary Dismissal was, however, improper under 31 U.S.C. § 3730. The Clerk is therefore DIRECTED to reopen this case.

(2) Relator's Notice of Voluntary Dismissal, docket no. 35, is TREATED as a motion to dismiss, and is NOTED for November 17, 2017. Any response and any reply shall be due in accordance with Local Civil Rule 7(d)(3).

(3) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record and to Assistant United States Attorney Kayla Stahman.

Dated this 25th day of October, 2017.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1