UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA <u>ex rel.</u> TJ GALLO, | |
|---|---|
| Plaintiff, | C14-1109 TSZ |
| v. | ORDER |
| RPM MORTGAGE, INC., | |
| Defendant. | |

The United States having consented to dismissal of this action, relator's motion to dismiss, docket no. 35, is GRANTED, and all claims in this matter are DISMISSED without prejudice to either relator or the United States. <u>See</u> 31 U.S.C. § 3730. The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 7th day of December, 2017.

Thomas S. Zilly
United States District Judge

ORDER - 1